JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:23-cv-06497-JLS-AS                                           Date: August 24, 2023
Title: Ralph Pickett Jr. v. Navient Solutions LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                           Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER REMANDING ACTION

On August 17, 2023, the Court issued an Order to Show Cause why this case should not be remanded to state court, as Plaintiff Ralph Pickett's Complaint contains no federal claims and Defendant Navient Solutions LLC removed on the basis of federal question jurisdiction. (OSC, Doc. 12; *see also* Compl., Doc. 1-1.) On August 22, 2023, Navient filed a response stating that it consented to remand. (Doc. 12.) Accordingly, this case is REMANDED to Los Angeles County Superior Court, Case No. 23NVCV01814.

Initials of Deputy Clerk: gga